**BETTS & WRIGHT, A Professional Corporation**
Attorneys at Law
P.O. Box 28550
Fresno, California 93729-8550
Telephone: (559) 438-8500
Facsimile: (559) 438-6959

James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

Attorneys for Defendant City of Fresno

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT B. HARRIS,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF FRESNO,<br><br>  Defendants. | Case No. 1:07-CV-01210 OWW-SMS<br><br>ORDER GRANTING APPLICATION OF DEFENDANT CITY OF FRESNO FOR LEAVE TO FILE POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT/ SUMMARY ADJUDICATION IN EXCESS OF PAGE LIMIT |

After full consideration of the application of Defendant CITY OF FRESNO for an order authorizing and granting leave for Defendant to file a Memorandum of Points and Authorities in support of its Motion for Summary Judgment, or in the alternative for Partial Summary Judgment/Summary Adjudication, to exceed the 25 page limit by eight (8) to ten (10) pages; and the Declaration of Joseph D. Rubin;

THE APPLICATION TO EXCEED PAGE LIMIT IS THEREFORE granted and that Defendant CITY OF FRESNO'S Memorandum of Points and Authorities in support of its Motion for Summary Judgment may be 33 pages.

IT IS SO ORDERED.

DATED: February 13, 2009           /s/ OLIVER W. WANGER
                                   United States District Judge