**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT HARRIS,<br><br>                Plaintiff,<br><br>    v.<br><br>CITY OF FRESNO,<br><br>                Defendant. | 1:07-CV-01210-OWW-SMS<br><br>ORDER RE DEPOSITION TRANSCRIPT EXCERPTS |

In opposition to Defendant City of Fresno's pending motion for summary judgment or, in the alternative, summary adjudication (Doc. 25), Plaintiff's counsel submitted a declaration (Doc. 38-2) to which counsel attached, as exhibits, excerpts from the deposition of Robert Harris (Plaintiff), Neil Montgomery, Robert Little, and Lon Martin. Defendant City of Fresno objects to the transcripts as not properly authenticated in that the transcript excerpts are not accompanied by a reporter's certification.[1] Consistent with Rule 56(e)(1), the court will permit Plaintiff's counsel to supplement his declaration as stated below.

///
///

---

[1] While many pages of Plaintiff's deposition transcript are included in Defendant City of Fresno's moving papers (thus precluding the City from successfully objecting to the authenticity of these pages for purposes of summary judgment), at least one page is not, and Plaintiff relies on testimony from this page.

1

**Plaintiff's counsel has until 3:00 p.m. on May 13, 2009, to electronically file a supplemented declaration that includes the same deposition testimony accompanied by the reporter's certifications. No courtesy copies to the court are required.**

IT IS SO ORDERED.

**Dated:   May 12, 2009**                               /s/ Oliver W. Wanger
                                                       UNITED STATES DISTRICT JUDGE