1

**BETTS & WRIGHT, A Professional Corporation**
Attorneys at Law
2   P.O. Box 28550
Fresno, California 93729-8550
3   Telephone: (559) 438-8500
Facsimile:  (559) 438-6959
4

James B. Betts (State Bar #110222)
5   Joseph D. Rubin (State Bar #149920)

6   Attorneys for Defendant City of Fresno

7               UNITED STATES DISTRICT COURT

8               EASTERN DISTRICT OF CALIFORNIA

9

10                                          ) Case No. 1:07-CV-01210 OWW-SMS
    ROBERT B. HARRIS,                       )
11                                          )   STIPULATION TO AMEND PRE-
                        Plaintiff,          )   TRIAL ORDER FOR FILING OF
12                                          )   MOTIONS IN LIMINE
         v.                                 )
13                                          )
    CITY OF FRESNO,                         )
14                                          )
                        Defendants.         )
15                                          )
                                            )
16                                          )
                                            )
17 _____ )

18          IT IS HEREBY STIPULATED AND AGREED, by and between the parties,
19
   through their respective counsel of record, as follows:
20
            1.      Pursuant to the recent pre-trial order, motions in limine are to be filed on
21
   June 1, 2009.
22
            2.      Based upon the recent summary judgment ruling and scheduled
23
   Mandatory Settlement Conference for June 3, 2009, the parties respectfully request
24
   that the time to file motions in limine be extended until June 5, 2009.
25
   ////
26
   ////
27
   ////
28

3. This will not affect the current dates for opposition papers or the hearing on June 12, 2009.

Dated: May 29, 2009                          BETTS & WRIGHT


                                             By  /s/ Joseph D. Rubin
                                                 Joseph D. Rubin
                                             Attorneys for Defendants CITY OF FRESNO,


Dated: May 29, 2009                          THE LAW OFFICES OF BOWMAN/FOOS


                                             By  /s/ Sean Gavin, Esq.
                                                 Sean Gavin
                                             Attorneys for Plaintiff ROBERT B. HARRIS

Stipulation to Amend Pre-Trial Order; Order

1

2

3

**ORDER**

4

     IT IS SO ORDERED.  Filing of motions in limine shall be filed by or on June 5, 2009.

5

6

IT IS SO ORDERED.

7

**Dated:**    **May 29, 2009**             **/s/ Oliver W. Wanger**

                                      UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Amend Pre-Trial Order; Order