**BETTS & WRIGHT, A Professional Corporation**
Attorneys at Law
P.O. Box 28550
Fresno, California 93729-8550
Telephone: (559) 438-8500
Facsimile:  (559) 438-6959

James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

Attorneys for Defendant CITY OF FRESNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. HARRIS,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF FRESNO,<br><br>  Defendants. | Case No. 1:07-CV-01210 OWW-SMS<br><br>JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS PURSUANT TO FRCP RULE 56(d)(1) AND ORDER THEREON<br><br>Trial: June 16, 2009 |

In response to the Court's Memorandum of Decision filed May 26, 2009 and pursuant to Federal Rules of Civil Procedure, Rule 56(d)(1), the parties have identified the following undisputed facts, which can be determined pursuant to Rule 56(d)(1) and can be incorporated as part of the Court's Pre-Trial Order (Facts 1-6 were already made part of the order at the hearing of May 21, 2009):

**UNDISPUTED FACTS**

7. During his employment with the City, Plaintiff received a written reprimand on one occasion in 2003 and has never been fined in lieu of suspension, suspended, demoted or terminated.

8. Plaintiff has not sought employment outside of the Water Division or City since 2002.

9. Since 2000, Plaintiff's overall rating in evaluations has been "meets requirements."

10. The individual selected by the Water Division for Project Manager, Mark Hughson, was in the top 7 on the eligible list and was interviewed by the Division.

11. The individual selected by the Water Division for Supervising Engineering Technician, Michael Carbajal, was in the top 7 on the eligible list received from the HR Department and was interviewed by the Water Division.

12. Throughout his years with the City, Plaintiff has been cautioned about his use of sick leave and about the need to comply with City policy.

13. Mr. Montgomery and other supervisors went through training in which they were advised of the utility of the slip-on, steel-toe boots for those individuals who worked out in the field on a periodic basis.

14. In 2005, Plaintiff started performing well abandonments and worked in the field on a periodic basis.

15. Mr. Montgomery requested that Plaintiff try the slip-on, steel-toe boots to see if they met his needs.

16. In his new assignment after the transfer, Plaintiff has been assigned a vehicle and was able to modify his job schedule.

17. Since being transferred to Mr. Gaddy's supervision, Plaintiff has had no problems with Gaddy's supervision and has not been the subject of any negative reviews or disciplinary conduct.

18. The City has an anti-harassment policy.

19. The City holds periodic training for its employees on its anti-harassment policy.

20. Plaintiff filed his only DFEH on August 21, 2006.

21. Dennis Peyton ceased his employment with the City on February 13, 2002.

////

22. The Water Division did not have a budgeted position for the job classification of Project Manager until late 2005.

1  23.   After the examination process for Project Manager, Plaintiff was placed 14th on
2         the eligibility list.

4  Dated:   June 3, 2009                    BETTS & WRIGHT

6                                           By /s/ Joseph D. Rubin
                                                  Joseph D. Rubin
7                                           Attorneys for Defendants CITY OF FRESNO

9  Dated: June 3, 2009                      THE LAW OFFICES OF BOWMAN/FOOS

12                                          By  /s/ Sean Gavin, Esq.
                                                   Sean Gavin
                                            Attorneys for Plaintiff ROBERT B. HARRIS

**ORDER**

IT IS SO ORDERED that the identified facts are undisputed pursuant to Federal Rules of Civil Procedure, Rule 56(d)(1) and the Pre-Trial Order is amended to reflect undisputed material facts Nos. 7-23.

Dated: 6/2/2009                              /s/ OLIVER W. WANGER
                                             U.S. DISTRICT JUDGE