**BETTS & WRIGHT, A Professional Corporation**
Attorneys at Law
P.O. Box 28550
Fresno, California 93729-8550
Telephone: (559) 438-8500
Facsimile:  (559) 438-6959

James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

Attorneys for Defendant City of Fresno

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT B. HARRIS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF FRESNO,<br><br>　　　　　Defendant. | Case No. 1:07-CV-01210 OWW-SMS<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

　　　　Defendant City of Fresno's motion for summary judgment came before this Court for hearing in Courtroom 3 on May 4, 2009 at 10:00 a.m.  Sean Gavin of The Law Offices of Bowman │ Foos appeared on behalf of Plaintiff Robert Harris.  Joseph D. Rubin of the law firm of Betts & Wright appeared on behalf of Defendant City of Fresno.

　　　　Having fully considered the pleadings, evidence and the written and oral submissions by the parties, Defendant City of Fresno's motion for summary judgment is GRANTED IN PART AND DENIED IN PART[1]:

---

[1] The reasoning for its decision is set forth in the Court's Memorandum of Decision of May 26, 2009, which is attached hereto as Ex. A.

       1.     The City's motion is GRANTED as to Plaintiff's cause of action for race discrimination under the California Fair Employment and Housing Act ("FEHA");

       2.     The City's motion is GRANTED as to Plaintiff's cause of action for disparate impact under Tile VII;

       3.     The City's motion is GRANTED as to Plaintiff's cause of action for disparate treatment under Title VII;

       4.     The City's motion is GRANTED as to Plaintiff's cause of action for retaliation under Title VII;

       5.     The City's motion is GRANTED as to Plaintiff's cause of action for violation of 42 U.S.C. Section 1981;

       6.     The City's motion is GRANTED as to the following alleged adverse actions: (1) denial of requests for reclassification; (2) promotional opportunity for Project Manager; (3) not being paid the salary of Project Manager, (4) promotional opportunity for Supervising Engineering Technician; (5) denial of sick leave; (6) denial of request for safety boots; (7) refusal to change training class; and (8) transfer.  These alleged adverse actions are barred by the statute of limitations and/or the City established a legitimate, non-discriminatory justification and Plaintiff was unable to demonstrate pretext or racial animus;

       7.     The City's motion is DENIED as to Plaintiff's cause of action for harassment under FEHA.

Dated: June 10, 2009

                                          /s/ OLIVER W. WANGER_____
                                        Oliver W. Wanger
                                        United States District Court Judge