**BETTS & WRIGHT, A Professional Corporation**
Attorneys at Law
P.O. Box 28550
Fresno, California 93729-8550
Telephone: (559) 438-8500
Facsimile:  (559) 438-6959

James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

Attorneys for Defendant City of Fresno

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT B. HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF FRESNO,<br><br>    Defendant. | Case No. 1:07-CV-01210 OWW-SMS<br><br>AMENDMENT TO PRETRIAL ORDER<br><br>Trial: July 28, 2009 |

Pursuant to the Motion In Limine Conference that was held on June 15, 2009, the Pretrial Conference Order is amended as follows:

1. The trial date has been continued to July 28, 2009;

2. A pretrial conference is set for July 17, 2009 at 12:15 p.m.; and

3. The list of witnesses should be amended to include Ken Jennings.


Dated: 6/30/2009

　　　　　　　　　　　　　　　　 /s/ OLIVER W. WANGER
　　　　　　　　　　　　　　　　Oliver W. Wanger
　　　　　　　　　　　　　　　　United States District Court Judge