UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT E. HARRIS, | ) | 1:07-CV-01210 OWW SMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER DISMISSING ACTION** |
| v. | ) | |
| | ) | |
| MARKET TRANSPORT SERVICES, MARKET TRANSPORT, LTD, AND KENNETH PAUL BISHOP, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the notice of settlement filed by plaintiff,

IT IS HEREBY ORDERED that this case is dismissed without prejudice with each party to bear their own costs and fees.

IT IS SO ORDERED.

**Dated:   August 24, 2009**             **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

1