1  **BETTS & RUBIN, A Professional Corporation**
   Attorneys at Law
2  P.O. Box 28550
   Fresno, California 93729-8550
3  Telephone: (559) 438-8500
   Facsimile:  (559) 438-6959
4
   James B. Betts (State Bar #110222)
5  Joseph D. Rubin (State Bar #149920)

6  Attorneys for Defendant City of Fresno

7  UNITED STATES DISTRICT COURT

8  EASTERN DISTRICT OF CALIFORNIA

9

10 ROBERT B. HARRIS,                    )  Case No. 1:07-CV-01210 OWW-SMS
                                        )
11                                      )  ORDER ON PLAINTIFF'S MOTION
              Plaintiff,                )  TO DISMISS
12                                      )
       v.                               )
13                                      )
   CITY OF FRESNO,                      )
14                                      )
              Defendant.                )
15                                      )
                                        )
16 _____)

17
       On October 5, 2009, the Court held a hearing on Plaintiff's Motion to Dismiss.
18
   Sean Gavin appeared for Plaintiff Robert Harris.  Mr. Harris was also in attendance.
19
   Joseph D. Rubin appeared for Defendant City of Fresno.
20
       Based upon the Court's review of the moving and opposition papers and the
21
   argument of counsel, the Court ORDERS AS FOLLOWS:
22
       The Court grants dismissal on the following conditions: (1) if Plaintiff chooses to
23
   file another lawsuit regarding his employment with the City of Fresno based on
24
   any issues, facts, and/or theories of liability that have been raised in this litigation, the
25
   action must be filed in the United States District Court for the Eastern District of
26
   California, and is subject to the Court's previous orders.
27

28

1  Dated:  _October 15, 2009           /s/ OLIVER W. WANGER
                                        Oliver W. Wanger
2                                       U.S.D.C. Eastern District Judge

- 2 -                                                      Order

## PROOF OF SERVICE

I am a citizen of the United States of America, a resident of Fresno County, California, over the age of 18 years and not a party to the within-entitled cause or matter. My business address is P. O. Box 28550 [7108 N. Fresno Street, Suite 460], Fresno, California. On October 15, 2009, I served **ORDER ON PLAINTIFF'S MOTION TO DISMISS** on the parties in this action by placing an original/a true copy in an envelope and delivering it as follows:

\_\_\_\_\_ **(By Overnight Courier)** I caused such envelope with postage fully prepaid, to be sent by _____.

\_\_\_\_\_ **(By Mail)** I deposited the envelope, with postage fully prepaid, with the United States Postal Service at Fresno, Fresno County, California.

_X_ **(By Mail)** I placed the envelope for collection and processing for mailing following this business' ordinary practice with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

\_\_\_\_\_ **(By Hand)** I caused each envelope to be delivered by hand.

Each envelope was addressed as follows:

Sean Gavin, Esq.
The Law Offices of Bowman │ Foos
2151 River Plaza Drive, Suite 105
Sacramento, CA 95833

\_\_\_ **(By Telecopy)** I caused each document to be sent by telecopier to the aforementioned number(s).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 15, 2009, at Fresno, California.

/s/ Debbie Mazza
Debbie Mazza